# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **S.A.M. PANTAENIUS MONACO a/s/o MY SENSES, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **C.A. No. 1:25-cv-00140-MRD-PAS** |
| ) | |
| **SAVE ON TRANSPORT ENTERPRISES, LLC,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT SAVE ON TRANSPORT ENTERPRISES, LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>

NOW COMES, Defendant Save On Transport Enterprises, LLC, ("Save On") through counsel, and respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the following Counts of the Second Amended Complaint of Plaintiff S.A.M Pantaenius Monaco a/s/o My Senses, LLC ("Plaintiff"): Count II, Count III, Count IV, Count V, and Count VI.

As explained in the incorporated Memorandum of Law in support of Save On's Motion, each of the above Counts are state law claims that are preempted by the Federal Aviation Administration Authorization Act, 49 U.S.C. § 14501(c) (the " FAAAA"). It follows that Counts II, III, IV, V and VI of the Plaintiff's Second Amended Complaint all fail to state a claim upon which relief can be granted. The Court should dismiss each of these Counts.

WHEREFORE, Defendant Save On Enterprises, LLC respectfully requests that this Court dismiss Counts II, III, IV, V, and VI of Plaintiff's Second Amended Complaint.

**Defendant Save On Enterprises, LLC requests oral argument with a time estimate of**

**one (1) hour.**

          Respectfully Submitted,
          Defendant,
          Save On Transport Enterprises, LLC.
          By its Attorney,

Dated: August 14, 2025          /s/ Seth S. Holbrook
          Seth S. Holbrook
          RI Bar No. 5677
          238-240 Lewis Wharf
          Boston, MA 02110
          617-428-1151
          sholbrook@holbrookmurphy.com

**Certificate of Service**

I hereby certify that on August 14, 2025, a copy of the foregoing document was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

          / s / Seth S. Holbrook
          Seth S. Holbrook, RI Bar No. 5677