AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| S.A.M. PANTAENIUS MONACO a/s/o MY SENSES, LLC )<br>*Plaintiff* )<br>v. )<br>SAVE ON TRANSPORT ENTERPRISES LLC, ET AL )<br>*Defendant* ) | Case No.  1:25-cv-00140-MRD-PAS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Safe Tow LLC

Date: 8/26/25

*Attorney's signature*

C. Russell Bengtson #1233
*Printed name and bar number*
Bengtson & Jestings, LLP
40 Westminster Street, Suite 300
Providence, RI 02903

*Address*

rbengtson@benjestlaw.com
*E-mail address*

(401) 331-7272
*Telephone number*

(401) 331-4404
*FAX number*